UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER          :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
:
:
:
:
:
-----------------------------------------------------------------X
BEATRIZ CASTILLO,                       :   07-CV-11020-AKH
:
                              Plaintiff,:
:   **APPEARANCE**
       - against -                      :
:   **ELECTRONICALLY FILED**
80 LAFAYETTE ASSOCIATES, LLC, *et al.*, :
:
                             Defendants.:
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York              DICKSTEIN SHAPIRO LLP
       June 26, 2008

                          By:      /s/ Judith R. Cohen
                                 _____
                                 Judith R. Cohen (JC-8614)
                                 1177 Avenue of the Americas
                                 New York, New York 10036
                                 Phone: (212) 277-6500
                                 Fax: (212) 277-6501

                                 *Attorney for Defendant*
                                 MERRILL LYNCH & CO., INC.


DOCSNY-314088