Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendant Merrill Lynch & Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER          :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
:
:
:
:
:
-----------------------------------------------------------------X
BEATRIZ CASTILLO,                       :   07-CV-11020-AKH
:
                            Plaintiff,  :   **NOTICE OF ADOPTION**
                                        :   **OF ANSWER**
          - against -                   :   **TO MASTER COMPLAINT**
                                        :   **BY MERRILL LYNCH**
80 LAFAYETTE ASSOCIATES, LLC *et al.*,  :
                                        :   **ELECTRONICALLY FILED**
                            Defendants. :
-----------------------------------------------------------------X

      PLEASE TAKE NOTICE THAT Defendant Merrill Lynch & Co., Inc. ("Merrill Lynch"), as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts Merrill Lynch's Answer to Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

DOCSNY-314089

2

WHEREFORE, Merrill Lynch demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York           DICKSTEIN SHAPIRO LLP
       June 26, 2008

                              By:      /s/ Judith R. Cohen
                                                  Robert J. Higgins (RH-6477)
                                                  Judith R. Cohen (JC-8614)
                                                  1177 Avenue of the Americas
                                                  New York, New York 10036
                                                  Phone: (212) 277-6500
                                                  Fax: (212) 277-6501

                                                  *Attorneys for Defendant*
                                                  MERRILL LYNCH & CO., INC.

DOCSNY-314089